**NEW YORK STATE U.S. DISTRICT COURT**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 22 2018
AT ___ O'CLOCK ___
John M. Domurad, Clerk - Albany

**PLAINTIFF**

Dr. Marco Bitetto

**DEFENDENT**

1:18-CV-1247 [GTS/CFH]

Daniel J. Stewart

**FACTS OF THE CASE**

Recently Judge Daniel J. Stewart issued a close order on my disability discrimination litigation case with extreme prejudice. Therefore, I am bringing a law suite in federal court for "Blocking Justice with extreme prejudice".

I believe that judges should be made accountable for their rulings and as such I have the full legal right to bring this law suit.

Remember the Christian Book of Judges. In this book a woman continually cried "Justice" to the judges. One day a judge told the other judges to give the woman whatever she wanted and just get rid of her for good.

I am like that woman. I will open a new this case repeatedly until I win it.

Marco Bitetto

Dr. Marco Bitetto
**Plantiff**

10/18/2018
**Date**